**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER LONG, #02385559, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-461-JDK-JDL |
| | § | |
| OSCAR MENDOZA, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

The Court having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters final judgment.  It is hereby **ORDERED** that Plaintiff's claims are **DISMISSED without prejudice**.

All pending motions are **DENIED as moot**.

The Clerk of Court is directed to close this case.

So **ORDERED** and **SIGNED** this **4th**   day of  **June, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE